UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                                                           Case No. 18-CR-209

GREGORY M. IVES,

        Defendant.

## ORDER DENYING MOTION FOR RECONSIDERATION

Defendant Gregory Ives moved for reconsideration of this Court's order denying his motion for compassionate release. He states that the Court noted in the order that the Bureau of Prisons had a plan in place to keep the inmates safe. Since then Ives notes that 350 inmates and 16 staff have contracted Covid-19. He claims this is causing him severe mental stress.

The mere fact that inmates have contracted the illness, however, does not warrant early release. For many of the individuals that contract Covid-10 the illness is mild, resulting no or few symptoms. As the Court noted in its order denying Ives' original motion, he is in good health. Moreover FCI Pekin, where he is now held, lists zero inmates and only 9 staff members with current Covid cases. Over the past year, 768 inmates and 72 staff members have recovered from the illness. None have died. *See* https://www.bop.gov/coronavirus. (Last visited 4/06/2021.) In addition, the vaccinations that have been created are now readily available within the prison system and have been administered to staff and high-risk inmates. At Pekin, 122 staff members and 355 inmates have been fully vaccinated.

Under these circumstances, the Court's original decision stands. Ives has not established the extraordinary and compelling reasons needed to justify a reduction of his sentence under 18 U.S.C. § 3582(c)(1)(A).

**SO ORDERED** at Green Bay, Wisconsin this   6th    day of April, 2021.

s/ William C. Griesbach
William C. Griesbach
United States District Judge

Case 1:18-cr-00209-WCG   Filed 04/06/21   Page 2 of 2   Document 95