UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No. 18-CR-209

GREGORY M. IVES,

    Defendant.

## ORDER DENYING SECOND MOTION FOR COMPASSIONATE RELEASE

On September 4, 2019, Gregory Ives was sentenced to 120 months, the mandatory minimum for his conviction of Conspiracy to Distribute 50 grams or more of Methamphetamine. Ives is currently housed in the Federal Correctional Institute – Pekin, located in Illinois. Ives filed a motion for compassionate release on May 2020 pursuant to 18 U.S.C. § 3582(c)(1)(A), which was denied on July 14, 2020; a motion for reconsideration on December 21, 2020, which was denied on April 6, 2021; and currently before the court is a second motion for compassionate release filed on April 24, 2023. Ives is currently 45 years of age.

Ives reiterates in his request for compassionate release that he was "given the most time" of the three individuals indicted with him and states that he has been a model prisoner "completing 5 of 8 identified needs based on First Step Act Evidenced Based Recidivism Reduction (EBBR) (sic) Programs, A.C.E. Programs, and I've been employed the entire time." Dkt. No. 97 at 8. His motion is silent regarding any exhaustion efforts through the warden at Pekin FCI. Given his age, relatively good health, and the seriousness of his previous record, the court does not find extraordinary or compelling reasons to reduce Ives sentence to time served. The court fully

considered Ives circumstances in his previously-filed motions and, although the court commends his utilization of prison programming in an effort to improve himself, nothing contained in his motion warrants a reduction of his sentence. Accordingly, the motion is denied.

**SO ORDERED** at Green Bay, Wisconsin this <u>25th</u> day of April, 2023.

s/ William C. Griesbach<br>
William C. Griesbach<br>
United States District Judge